ROBERT STEMPLER (SBN 160299)
Email: Robert@stopcollectionharassment.com
CONSUMER LAW OFFICE OF
ROBERT STEMPLER, APLC
P.O. Box 1721
Palm Springs, CA 92263-1721
Telephone (760) 422-2200
Fax: (760) 479-5957

ROBERT S. SOLA (admitted *pro hac vice*)
Email: rssola@msn.com
ROBERT S. SOLA, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, OR 97225
Telephone (503) 295-6880
Fax: (503) 291-9172

Counsel of Record for Plaintiff

CYRIL J. DANTCHEV (SBN 129585)
Email: cyril.dantchev@bipc.com
BUCHANAN INGERSOLL AND ROONEY LLP
707 Broadway, Suite 800
San Diego, California 92101
Telephone: 619 239 8700
Fax:         619 702 3898

SAMANTHA L. SOUTHALL (admitted *pro hac vice*)
Email: samantha.southall@bipc.com
BUCHANAN INGERSOLL AND ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8700

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK VALENTINE,<br><br>          Plaintiff,<br><br>     vs.<br><br>FIRST ADVANTAGE SAFERENT, INC., et al.,<br><br>          Defendant. | Case No. EDCV-08-00142-VAP (JCRx)<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO SET OSC DATE AND TAKE UPCOMING HEARINGS OFF CALENDAR**<br><br>Judge:          Hon. Virginia A. Phillips<br>Dept:           Courtroom 2<br>Pre-Trial Conf: January 25, 2010<br>Trial Date:     February 2, 2010 |

1 THE PARTIES STIPULATE AS FOLLOWS:

The Parties have reached a settlement and are in the process of circulating and approving the settlement agreement that--once finalized--the Parties will submit a stipulation that the Court dismiss the entire action with prejudice.

For these reasons, the Parties request that the Court take off calendar the scheduled hearings and the trial date and set a hearing at least 45 days from now for an Order to Show Cause re Dismissal, which would be vacated upon the filing of a stipulation of dismissal prior to such date.

Dated: January 12, 2010        CONSUMER OFFICE OF
                               ROBERT STEMPLER, APLC

                               /s/ Robert Stempler
                               By:    ROBERT STEMPLER
                                      Co-counsel for Plaintiff
                                      RICK VALENTINE

Dated: January 12, 2010        BUCHANAN INGERSOLL & ROONEY LLP

                               /s/ Samantha L. Southall
                               By:    SAMANTHA L. SOUTHALL
                                      Attorneys for Defendant
                                      FIRST ADVANTAGE SAFERENT, INC.